### 762.  SHELL v. THE STATE.

No reversible error appears.

Accusation of misdemeanor, from city court of Carrollton— Judge Hodnett.  August 30, 1907

Argued October 9,—Decided October 15, 1907.

*Beall & Adamson, Griffith, Weatherly & Mathews,* for plaintiff in error.

*C. E. Roop, solicitor, S. Holderness,* contra.

POWELL, J. Owing to the nature of the charge against the defendant, and of the testimony in the record, we shall make no report of the facts. We have, however, made a careful study of the assignments of error; but find nothing requiring the grant of a new trial.                    *Judgment affirmed.*